

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Hercules Offshore, Inc. and The Hercules Offshore Drilling Company,
LLC v. Excell Crane & Hydraulics, Inc.

Appellate case number:   01-13-00817-CV

Trial court case number:  2009-49993

Trial court:             133rd District Court of Harris County

It is ordered that Appellee's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
Acting for the Court

Panel consists of:   Justices Massengale, Brown, and Huddle

Date: February 19, 2015